
# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

ELIZABETH J. SHER
Attorney At Law

*Mail To:* P.O. Box 1945  Morristown, NJ  07962
*Deliver To:* 200 Campus Drive  Florham Park, NJ  07932
T: (973) 966-8214 F: (973) 966 1015
esher@daypitney.com

April 15, 2008

**By Electronic Filing & Hand Delivery**

The Honorable Faith S. Hochberg, U.S.D.J.
United States District Court for the District of New Jersey
U.S.P.O. & Courthouse Building, Room 369
P.O. Box 999
Newark, New Jersey 07101-0999

Re:   Malchow v. Oxford Health Plans, Inc. et al.
      Civil Action No. 08-00935 (FSH) / (PS)

Dear Judge Hochberg:

We represent Defendants, Oxford Health Plans, Inc. *et al.*, in connection with the above-referenced matter. On April 16, 2008, Defendants will be filing a motion to dismiss the Complaint in whole or in part. Pursuant to Local Rule 7.2(b), we respectfully request special permission to file a moving brief with ten (10) additional pages or forty (40) pages total in Times New Roman, 12-point proportional font. Counsel for Plaintiffs, Barry Epstein, has kindly consented to our request.

We thank the Court for its consideration of this request.

Respectfully submitted,

s/ *Elizabeth J. Sher*

ELIZABETH J. SHER

EJS/mm

cc:   Barry Epstein, Esq. (by electronic mail only)
      Barbara Quackenbos, Esq. (by electronic mail only)

So ordered. 4/16/08.

X _____
Hon. Faith S. Hochberg, U.S.D.J.