Elizabeth J. Sher

**DAY PITNEY LLP**

(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

Attorneys for Defendants
Oxford Health Plans, Inc. et al.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RODNEY MALCHOW, ZEV and LINDA WACHTEL, GAIL BOHENSKY, and ELIEZER GEWIRTZMAN, individually and on behalf of their minor children, and on behalf of all other similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>OXFORD HEALTH PLANS, INC., OXFORD HEALTH PLANS, LLC, OXFORD HEALTH PLANS (NJ), INC., OXFORD HEALTH PLANS (NY), INC. AND OXFORD HEALTH INSURANCE,<br><br>              Defendants. | Honorable Faith S. Hochberg<br>Case No. 08-00935(FSH)/(PS)<br><br><br>Civil Action<br><br><br>**STIPULATION AND ORDER EXTENDING SCHEDULING DEADLINES ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

**THIS MATTER** having come before the Court on the application of Plaintiffs, Rodney Malchow, Zev and Linda Wachtel, Gail Bohensky, and Eliezer Gewirtzman, individually and on behalf of their minor children, and on behalf of others similarly situated (collectively, "Plaintiffs")for an extension of the time for filing the Opposition and Reply Papers to Defendants' Motion to Dismiss Plaintiffs' Complaint; and each of the parties having consented to this joint application; and for good cause having been shown;

IT IS on this 8th day of May, 2008;

**ORDERED** that Plaintiffs may file their Brief in Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint by Thursday, May 22, 2008; and it is further

**ORDERED** that Defendants may file their Reply Brief in support of their Motion to Dismiss Plaintiffs' Complaint by Friday, June 13, 2008; and it is further

**ORDERED** that the motion shall be made returnable for Monday, July 7, 2008 or on such date as the Court deems appropriate.

SO ORDERED:

_____
Honorable Faith S. Hochberg
United States District Judge

*No further extensions.*

2

We hereby consent to
the form and entry of this
Stipulation and Order:

**WILENTZ, GOLDMAN & SPITZER P.A.**
*Counsel for Plaintiffs*

By: _Barbara G Quackenbos_

BARBARA G. QUACKENBOS, ESQ.
90 Woodbridge Center Drive,# 900
Woodbridge, New Jersey 07095
(732) 636-8000

**POMERANTZ HAUDEK BLOCK**
**GROSSMAN & GROSS LLP**
Stanley M. Grossman, Esq.
100 Park Avenue
New York, NY  10017
(212) 661-1100

**SIEGEL BRILL GREUPNER**
  **DUFFY & FOSTER, P.A.**
Wood R. Foster, Jr., Esq.
Jordan Lewis, Esq.
1300 Washington Avenue South
Minneapolis, MN  55401
(612) 337-6100

**THE ALPERT LAW FIRM, PA.**
Jonathan Alpert, Esq.
5920 River Terrace
Tampa, FL  33601-3270
(813) 223-4131

**DAY PITNEY LLP**
*Counsel for Defendants*

By: _Elizabeth J. Sher_

ELIZABETH SHER, ESQ.
P.O. Box 1945
Morristown, NJ  07962
(973) 966-6300

**WEIL GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

3